UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kenneth Watt,

Plaintiff,

v.

Commissioner of Social Security Administration,

Defendant.

Case No. 3:25-cv-2426

ORDER AND
JUDGMENT ENTRY

On October 14, 2026, United States Magistrate Judge Jonathan D. Greenberg issued a Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's decision denying Plaintiff's applications for a Period of Disability ("POD"), Disability Insurance Benefits ("DIB"), and Supplemental Security Income ("SSI"). (Doc. No. 9). In the R & R, he notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).

(*Id.* at 19).

More than fourteen days passed, and no party filed any objection to the R & R. I consider the failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and adopt Judge Greenberg's R & R in its entirety as the final Order of this Court. (Doc. No. 9). The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge